UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

                    Plaintiff,                                    Case No. 1:25-cr-20230

v.                                                               Honorable Thomas L. Ludington
                                                                 United States District Judge
CHRISTOPHER RAMIREZ,
                                                                 Honorable Patricia T. Morris
                    Defendant.                                   United States Magistrate Judge
_____/

**ORDER ADOPTING REPORT AND RECOMMENDATION, ACCEPTING GUILTY
PLEA, AND TAKING RULE 11 PLEA AGREEMENT UNDER ADVISEMENT**

On April 17, 2025, Magistrate Judge Patricia T. Morris conducted a plea hearing upon

Defendant Christopher Ramirez's consent. *See* ECF Nos. 15; 17. The next day, Judge Morris

issued a report recommending this Court accept Defendant's guilty plea. ECF No. 24. Judge Morris

gave the Parties 14 days to object, but they did not do so. They have therefore forfeited their right

to appeal Judge Morris's findings that Defendant was competent to enter a plea and did so

knowingly, voluntarily, and with a basis in fact. *See* FED. R. CRIM. P. 11(b); *Berkshire v. Dahl*,

928 F.3d 520, 530–31 (6th Cir. 2019) (citing *Thomas v. Arn*, 474 U.S. 140, 149 (1985)).

Accordingly, it is **ORDERED** that Judge Morris's Report and Recommendation, ECF No.

24, is **ADOPTED**.

Further, it is **ORDERED** that Defendant's guilty plea is **ACCEPTED**, and that the Rule

11 Plea Agreement, ECF No. 23, is **TAKEN UNDER ADVISEMENT**.


Dated: May 5, 2025                              s/Thomas L. Ludington
                                                THOMAS L. LUDINGTON
                                                United States District Judge